# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| JOSEPH VIVIANI, *et. al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 2:10-cv-01445-LRH-GWF |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| JAMES W. VAHEY, *et. al.,* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the Court on the parties' Joint Status Report (#15) filed January 24, 2011. Upon review and consideration,

**IT IS HEREBY ORDERED** that discovery in this action is stayed pending the decision on Defendant's Motion to Dismiss (#10). If the action is not dismissed, the parties shall file a proposed discovery plan and scheduling order on or before thirty (30) days after the Court decides the Motion to Dismiss.

**IT IS FURTHER ORDERED** that the hearing set for February 1, 2011 at 11:00 a.m. is **vacated**.

DATED this 1st day of February, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge